UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for :  American Honda Finance Corporation, dba Acura Financial Services, administrator for Honda Lease Trust   Our File No.:  47035
JM-5630

In Re:

Al-Teriek R. Robinson

| | |
|---|---|
| Case No.: | 18-21632 |
| Hearing Date: | 9-11-2018 |
| Judge: | JKS |
| Chapter: | 7 |

Order Filed on September 14, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of __American Honda Finance Corp., dba AFS, admin. for HLT__, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏   Real property more fully described as:


- ☑   Personal property more fully described as:

    2017 Acura MDX
    Vehicle Identification Number
    5FRYD4H92HB001258

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Al-Teriek R Robinson  
      Debtor

Case No. 18-21632-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 14, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.  
db             +Al-Teriek R Robinson,    154 Summer Street,     Orange, NJ 07050-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2018 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Georgette Miller    on behalf of Debtor Al-Teriek R Robinson info@georgettemillerlaw.com, jjustin@georgettemillerlaw.com;georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;cholmes@georgettemillerlaw.com  
         John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com  
         John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation d/b/a Acura Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing LLC rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                        TOTAL: 6