UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: AL-TERIEK R. ROBINSON

Case No.: 18-21632
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

__John W. Sywilok__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __November 13, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's interest in real property:
154 Summer Street
Orange, NJ 07050
Market Value: $255,970.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Lakeview Loan Servicing LLC on which there is due approximately $250,938.00. |
|---|---|

| Amount of equity claimed as exempt: | $5,032.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     John W. Sywilok, Chapter 7 Trustee     /s/ John W. Sywilok
Address:  51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Al-Teriek R Robinson
    Debtor

Case No. 18-21632-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2               Date Rcvd: Oct 04, 2018
                            Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
```
db            +Al-Teriek R Robinson,    154 Summer Street,     Orange, NJ 07050-1708
cr            +American Honda Finance Corporation d/b/a Acura Fin,    P.O. Box 168088,    Irving, TX 75016-8088
517580444    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court:   American Honda Finance,     201 Little Falls Dr,
               Wilmington, DE 19808)
517580446    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517580448     +Catrina Walton,    184 South Street,     Newark, NJ 07114-2915
517580458    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court:   Webbank/dfs,    1 Dell Way,    Round Rock, TX 78682)
517580452    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court:   Nissan-infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
517580454     +Public Service Fcu,    619 Union Ave,    Middlesex, NJ 08846-1963
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 23:50:03     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 23:50:01      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 23:55:17
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517580447     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 04 2018 23:55:19      Capital One Auto Finan,
               3901 Dallas Pkwy,    Plano, TX 75093-7864
517589439     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 04 2018 23:55:59
               Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517580449     +E-mail/Text: mrdiscen@discover.com Oct 04 2018 23:49:15      Discover Fin Svcs Llc,    Pob 15316,
               Wilmington, DE 19850-5316
517580450     +E-mail/Text: bknotice@ercbpo.com Oct 04 2018 23:50:08      Enhanced Recovery Co L,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517580451      E-mail/Text: camanagement@mtb.com Oct 04 2018 23:49:43     M & T Bank,    Po Box 900,
               Millsboro, DE 19966
517580455     +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 23:55:38      Syncb/amazon,    Po Box 965015,
               Orlando, FL 32896-5015
517580456     +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 23:56:00      Syncb/lowes,    Po Box 965005,
               Orlando, FL 32896-5005
517580457     +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 23:55:16      Syncb/sync Bank Luxury,
               950 Forrer Blvd,    Kettering, OH 45420-1469
517581982     +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 23:55:36      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517580445*   ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court:   American Honda Finance,     201 Little Falls Dr,
               Wilmington, DE 19808)
517580453*   ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court:   Nissan-infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
                                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2               Date Rcvd: Oct 04, 2018
                              Form ID: pdf905            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Georgette  Miller    on behalf of Debtor Al-Teriek R Robinson info@georgettemillerlaw.com,
               jjustin@georgettemillerlaw.com;georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georget
               temillerlaw.com;smithcr50524@notify.bestcase.com;cholmes@georgettemillerlaw.com
              John  Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com, nj26@ecfcbis.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation d/b/a Acura
               Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```